# Court of Appeals, State of Michigan

## ORDER

People of MI v Rufus Rudie Thomas

Docket No. 337760

LC No. 16-005511-01-FC

Stephen L. Borrello
Presiding Judge

Michael J. Kelly

Mark T. Boonstra
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued July 26, 2018 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 3 0 2018
Date

Chief Clerk